**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
JONATHAN S. CHRISTIE (SBN 294446)
VICTOR A. SALCEDO (SBN 317910)
gknopp@akingump.com
christiej@akingump.com
vsalcedo@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Telephone:   (310) 229-1000
Facsimile:    (310) 229-1001

Attorneys for Defendant Michaels Stores, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY BEAR ANDREWS, an individual, on behalf of himself and all others similarly situated, JOLEEN COOK, an individual, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>MICHAELS STORES, INC., and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-02294-VAP-ADS<br><br>[Assigned to Hon. Virginia A. Phillips]<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>Date Action Filed: March 15, 2021 |

TO THE COURT AND ALL PARTIES:

**PLEASE TAKE NOTICE** that the parties have reached an agreement to resolve all pending disputes, including this action and two matters currently pending in the Superior Court of the State of California, Los Angeles County, entitled *Cook v. Michaels Stores, Inc.* (case No. 19STCV11170) and *Andrews v. Michaels Stores, Inc.* (case No. 20STCV38067). The parties are in the process of finalizing a long-form settlement agreement, and anticipate submitting a request for approval to the Superior Court within the next 30 days. As part of the parties' resolution, Plaintiffs Joleen Cook and Teddy Bear Andrews will join with Defendant Michaels Stores, Inc. in requesting dismissal of this matter. The parties anticipate submitting the joint stipulation of dismissal of this action within 30 days after entry of judgment in the Superior Court actions.

Dated: October 22, 2021         **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                By:   */s/ Gregory W. Knopp*
                                      Gregory W. Knopp
                                      Attorney for Defendant,
                                      Michaels Stores, Inc.

Dated: October 22, 2021         **HAFFNER LAW APC**

                                By:   */s/ Joshua Haffner*
                                      Joshua Haffner
                                      Attorney for Plaintiffs,
                                      Joleen Cook and Teddybear Andrews

## ATTESTATION OF SIGNATURES

I, Gregory W. Knopp, am the CM/ECF user whose login and password are being used to file this Joint Report. In compliance with Local Rule 5-4.3.4(a)(2)(i) of the United States District Court for the Central District of California, I hereby attest that all other signatories above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 22, 2021         **AKIN GUMP STRAUSS HAUER & FELD LLP**

By:   */s/ Gregory W. Knopp*
      Gregory W. Knopp
      Attorney for Defendant,
      Michaels Stores, Inc.