**HAFFNER LAW PC**
Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
445 South Figueroa Street, Suite 2625
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Attorney for Plaintiffs Teddy Bear Andrews, Joleen Cook and All Others Similarly Situated

*Additional Counsel Listed on Signature Pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY BEAR ANDREWS, an individual, on behalf of herself and all others similarly situated, JOLEEN COOK, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAELS STORES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:21-cv-02294-VAP-ADS<br><br>Hon. Virginia A. Phillips<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action Filed:   March 15, 2021 |

- 1 -
JOINT STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

## STIPULATION

Plaintiffs Teddy Bear Andrews and Joleen Cook ("Plaintiffs") and Defendant Michaels Stores, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby submit the following Joint Stipulation to Dismiss Entire Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Specifically, it is hereby stipulated and agreed by the Parties as follows:

1. All individual claims asserted by Plaintiffs against Defendant in this action shall be, and are hereby, dismissed *with prejudice*.

2. All claims of putative class members shall be, and are hereby, dismissed *without prejudice*.

3. Plaintiffs and Defendant shall bear their respective attorneys' fees and costs in connection with the Action.

4. The Parties agree that this joint stipulation shall have the effect of dismissing this action in its entirety, including, but not limited to, dismissing all individual and putative class claims asserted in the Complaint.

IT IS SO STIPULATED.

Date:   January 5, 2021

HAFFNER LAW PC
JOSHUA H. HAFFNER

By:   *J. Haffner*
Joshua H. Haffner

Attorney for Plaintiffs
Teddy Bear Andrews and Joleen Cook

| | |
|---|---|
| Date: January 5, 2022 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>GREGORY W. KNOPP<br>JONATHAN S. CHRISTIE<br>VICTOR A. SALCEDO<br><br>By: _/s/ Gregory W. Knopp_<br>Gregory W. Knopp<br><br>Attorneys for Defendant<br>Michaels Stores, Inc. |